# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Annabelle Cruz Viray,            :        Chapter 13
                Debtor      :        Case No.:  18-18243-elf

## CERTIFICATE OF SERVICE

      I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed March 11, 2019 was forwarded to the following parties, as follows:

*Via First Class United States Mail on March 11, 2019:*

Michael D. Brown, CEO
WorldMark by Wyndham
Attention: Bankruptcy Department
P.O. Box 97474
Las Vegas, NV 89193

*Via Electronic Filing (ECF) on March 11, 2019:*

Kevin G. McDonald, Esquire on behalf of PennyMac Loan Services, LLC
bkgroup@kmllawgroup.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                          **LAW OFFICE OF STEPHEN J. ROSS, PC**

                              By:    */s/ Joseph Quinn*_____
                                        Joseph Quinn, Esquire
                                        Attorney I.D. No. 307467
                                        152 E. High Street, Suite 100
                                        Pottstown, PA 19464
                                        T: 610.323.5300
                                        F: 610.323.6081
                                        JQuinn@SJR-LAW.com
Date:  March 11, 2019                 Counsel for Debtor