# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Annabelle Cruz Viray, | : | Chapter 13 |
| Debtor | : | Case No.: 18-18243-elf |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Third Amended Chapter 13 Plan dated and docketed March 11, 2019 was forwarded to the following parties, as follows:

*Via First Class United States Mail on March 11, 2019:*

Michael D. Brown, CEO
WorldMark by Wyndham
Attention: Bankruptcy Department
P.O. Box 97474
Las Vegas, NV 89193

*Via Electronic Filing (ECF) on March 11, 2019:*

Kevin G. McDonald, Esquire on behalf of PennyMac Loan Services, LLC
bkgroup@kmllawgroup.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:  */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com
Counsel for Debtor

Date: March 11, 2019