# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 18-18243-ELF

      ANNABELLE CRUZ VIRAY

      473 WEST VINE STREET

      HATFIELD, PA 19440

            Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      ANNABELLE CRUZ VIRAY

      473 WEST VINE STREET

      HATFIELD, PA 19440

Counsel for debtor(s), by electronic notice only.

      JOSEPH L QUINN
      152 E HIGH ST
      SUITE 100
      POTTSTOWN, PA 19464-

                            /S/ William C. Miller

Date: 3/15/2019                    _____

                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee