THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Annabelle Cruz Viray,          :          Chapter 13
        Debtor                    :          Bankruptcy No.: 18-18243-elf
_____

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Fourth Amended Chapter 13 Plan dated and docketed March 21, 2019 was forwarded to the following parties, as follows:

*Via First Class United States Mail on March 21, 2019:*

Michael D. Brown, CEO
WorldMark by Wyndham
Attention: Bankruptcy Department
P.O. Box 97474
Las Vegas, NV 89193

*via Electronic Filing (ECF) on March 21, 2019:*

Kevin G. McDonald, Esquire on behalf of PennyMac Loan Services, LLC
bkgroup@kmllawgroup.com

William C. Miller, Esquire
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:    */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      152 E. High Street, Suite 100
      Pottstown, PA 19464
      T: 610.323.5300
      F: 610.323.6081
      JQuinn@SJR-LAW.com
Date: March 21, 2019          Counsel for Debtor