# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Annabelle Cruz Viray** | \| | **Chapter 13** |
| **Debtor(s)** | \| | **BK No. 18-18243-elf** |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Debtor(s) in the above captioned matter.

2. That a copy of the Application for Compensation was filed with the Court on April 4, 2019, along with the Notice of Application and Response Deadline, and a Certificate of Service of the Application and Notice was filed verifying that the documents were timely served on April 4, 2019.

3. A response was due on or before April 25, 2019

4. As of May 1, 2019, no response to said Application has been received.

Respectfully Submitted,

**LAW OFFICE OF STEPHEN ROSS, P.C**

By: */s/ Joseph L. Quinn*
    Joseph L. Quinn, Esquire
    Attorney for Debtor
    Attorney I.D. No. 307467
    Law Office of Stephen Ross, P.C.
    152 E. High Street, Suite 100
    Pottstown, PA 19464
    Ph: (610) 323-5300

Dated: May 1, 2019