IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Annabelle Cruz Viray         :         Chapter 13
            Debtor                   :         Bankruptcy No.: 18-18243-elf
                                     :

*****************
**Hearing to be Held:**
**Date:     September 10, 2019**
**Time:    1:00pm**
**Place:   United States Bankruptcy Court**
**           Eastern District of Pennsylvania**
**           Courtroom #1**
**           Robert N.C. Nix, Sr. Federal Courthouse**
**           900 Market Street**
**           Philadelphia, PA 19107**
*****************

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Movant Annabelle Cruz Viray, by and through counsel of the Ross, Quinn & Ploppert, P.C., has filed a motion to sell real estate known as 473 W Vine Street, Hatfield, PA 19440 and to pay commissions and customary closing costs.

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 29, 2019 you or your attorney must do ALL of the following:

(a).    file an answer explaining your position at

United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)    mail a copy to attorney for movants:

Joseph Quinn, Esquire

      ROSS, QUINN & PLOPPERT, P.C.
      192 S. Hanover Street, Suite 101
      Pottstown, PA  19464

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the motion.

  3. A hearing on the motion is scheduled to be held before the Honorable Eric L Frank, United States Bankruptcy Judge, on September 10, 2019 at 1:00 pm in:

    **United States Bankruptcy Court**
    **Eastern District of PA - Philadelphia Division**
    **Courtroom #1**
    **Robert N.C. Nix, Sr. Federal Courthouse**
    **900 Market Street**
    **Philadelphia, PA 19107**

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

      **ROSS, QUINN & PLOPPERT, P.C.**

    By: */s/ Joseph Quinn*_____
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      192 S. Hanover Street, Suite 101
      Pottstown, PA 19464
      T: 610.323.5300
      F: 610.323.6081
      JQuinn@rqplaw.com
      Counsel for Debtor

Date:  August 9, 2019