IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Annabelle Cruz Viray           :        Chapter 13
                    Debtor             :        Bankruptcy No.: 18-18243-elf

_____

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Annabelle Cruz Viray, hereby certify that on August 9, 2019, a true and correct copy of Debtor's Motion to Sell Real Estate along with Notice of Motion was forwarded to the following parties, as follows:

***Via Electronic Filing (ECF) on August 9, 2019:***

Kevin G. McDonald on behalf of Creditor Pennymac Loan Services, LLC
bkgroup@kmllawgroup.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

***Via First Class US Mail on August 9, 2019:***

Michael D. Brown, CEO
WorldMark by Wyndham
Attention: Bankruptcy Department
P.O. Box 97474
Las Vegas, NV 89193

All other creditors not otherwise notified by ECF on the mailing matrix.

**ROSS, QUINN & PLOPPERT, P.C.**

By:     */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
Date: August 9, 2019           Counsel for Debtor