IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Annabelle Cruz Viray         :        Chapter 13
           Debtor                :        Bankruptcy No.: 18-18243-elf
                                   :

**ORDER**

**AND NOW**, upon consideration of the Motion to Sell Real Property, and upon notice to all interested parties and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** pursuant to 11 U.S.C.§363(b), that debtor is granted permission to sell real property known as 473 W Vine Street, Hatfield, PA 19440 ("Property") for the sale price of $328,000 to buyers Alan D. Clarke and Elizabeth A. Clarke ("Buyers"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers, shall be distributed in the following manner:

1. Estimated ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters

2. Lien paid at closing – PennyMac Loan Services, LLC *
   * the lien shall be paid in full and will vary accordingly on actual settlement date.

3. Pennsylvania Real Estate Transfer Tax of 1.0%

4. Commission to Yeganna Bunyatova (Agent of Sellers)

5. Commission to Mickey Sokel (Agent of Buyers)

6. Supp. Attorney's Fees to Debtor's Counsel *

7. Sale Proceeds Attributable to seller Henry C. Viray

8. Exempt sale proceeds paid to seller Annabelle Cruz Viray

9. William C. Miller, Interim Trustee

1

---

* Debtor's counsel is allowed compensation of $1,200.00 which may be paid at settlement.

This Order permitting sale of the real estate shall be effective and enforceable immediately upon entry and Debtor Annabelle Cruz Viray and Buyers are authorized to close the Sale immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) is hereby waived.

The title clerk shall fax a settlement statement from the closing directly to William C. Miller, Chapter 13 Trustee upon the close of the settlement to (215) 627-6299, and the Trustee shall promptly notify the title company of any objection to the sums to be disbursed. The title clerk shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Date: 9/11/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**