```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
```

In re:                                                                  Case No. 18-18243-elf
Annabelle Cruz Viray                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1         Date Rcvd: Sep 11, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db             +Annabelle Cruz Viray,   473 West Vine Street,   Hatfield, PA 19440-3041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Debtor Annabelle Cruz Viray CourtNotices@rqplaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Annabelle Cruz Viray | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 18-18243-elf |
| | : | |

# ORDER

**AND NOW**, upon consideration of the Motion to Sell Real Property, and upon notice to all interested parties and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** pursuant to 11 U.S.C.§363(b), that debtor is granted permission to sell real property known as 473 W Vine Street, Hatfield, PA 19440 ("Property") for the sale price of $328,000 to buyers Alan D. Clarke and Elizabeth A. Clarke ("Buyers"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers, shall be distributed in the following manner:

1. Estimated ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters

2. Lien paid at closing – PennyMac Loan Services, LLC *
   * the lien shall be paid in full and will vary accordingly on actual settlement date.

3. Pennsylvania Real Estate Transfer Tax of 1.0%

4. Commission to Yeganna Bunyatova (Agent of Sellers)

5. Commission to Mickey Sokel (Agent of Buyers)

6. Supp. Attorney's Fees to Debtor's Counsel *

7. Sale Proceeds Attributable to seller Henry C. Viray

8. Exempt sale proceeds paid to seller Annabelle Cruz Viray

9. William C. Miller, Interim Trustee

1
_____
* Debtor's counsel is allowed compensation of $1,200.00 which may be paid at settlement.

      This Order permitting sale of the real estate shall be effective and enforceable immediately upon entry and Debtor Annabelle Cruz Viray and Buyers are authorized to close the Sale immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) is hereby waived.

      The title clerk shall fax a settlement statement from the closing directly to William C. Miller, Chapter 13 Trustee upon the close of the settlement to (215) 627-6299, and the Trustee shall promptly notify the title company of any objection to the sums to be disbursed. The title clerk shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Date:  9/11/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

2