# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Annabelle Cruz Viray, | : | Chapter 13 |
| Debtor | : | No. : 18-18243-elf |
| | : | |

## **PRAECIPE TO CHANGE ADDRESS**

TO THE CLERK:

     Kindly update the Court's records to reflect a new address for debtor Annabelle Cruz Viray, effective immediately, to:

       49 Pechins Mill Road

       Collegeville, PA 19426

       ROSS, QUINN & PLOPPERT, P.C.

       By:   /s/ Joseph Quinn
                Joseph Quinn, Esquire
                Attorney I.D. No. 307467
                192 S. Hanover Street, Suite 101
                Pottstown, PA 19464
                T: 610.323.5300
                F: 610.323.6081
                JQuinn@rqplaw.com

Date: February 28, 2020