```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania

In re:                                                          Case No. 18-18243-elf
Annabelle Cruz Viray                                            Chapter 7
        Debtor               CERTIFICATE OF NOTICE

District/off: 0313-2       User: Lisa              Page 1 of 2           Date Rcvd: Mar 26, 2020
                           Form ID: 309A           Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
db             +Annabelle Cruz Viray,    49 Pechins Mill Road,    Collegeville, PA 19426-3201
14269831       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14246348       +Gs Bank Usa,    Po Box 45400,    Salt Lake City, UT 84145-0400
14246349      #+Henry Viray,    473 West Vine Street,    Hatfield, PA 19440-3041
14301897      #+Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
14261492       +PennyMac Loan Services, LLC,    c/o Kevin G McDonald, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14277686       +PennyMac Loan Services, LLC,    P.O. Box 2410,    Moorpark, CA 93020-2410
14246350       +Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
14261427       +PennyMac Loan Services, LLP,    c/o Kevin G. McDonals, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14262454       +Redding Bank of Commerce,    Service Finance Co, LLC,    555 S Federal Hwy #200,
                 Boca Raton, FL 33432-6033
14246351       +Service Finance Compan,    555 S Federal Highway,    Boca Raton, FL 33432-5505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: CourtNotices@rqplaw.com Mar 27 2020 03:41:45      JOSEPH L QUINN,
                 Ross, Quinn & Ploppert, P.C.,    192 S. Hanover Street, Suite 101,    Pottstown, PA  19464
tr             +EDI: FGARYFSEITZ.COM Mar 27 2020 07:33:00      GARY F. SEITZ,
                 Gellert Scali Busenkell & Brown LLC,    8 Penn Center,    1628 John F. Kennedy Blvd,
                 Suite 1901,    Philadelphia, PA 19103-2113
smg             E-mail/Text: megan.harper@phila.gov Mar 27 2020 03:42:05      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2020 03:41:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 27 2020 03:42:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 27 2020 03:41:58      United States Trustee,
                 Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14261442        EDI: BECKLEE.COM Mar 27 2020 07:33:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14246344       +EDI: AMEREXPR.COM Mar 27 2020 07:33:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
14246345        EDI: BANKAMER.COM Mar 27 2020 07:33:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
14250200        EDI: DISCOVER.COM Mar 27 2020 07:33:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
14246347       +EDI: DISCOVER.COM Mar 27 2020 07:33:00      Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
14246346        EDI: JPMORGANCHASE Mar 27 2020 07:33:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850
14273595        EDI: PRA.COM Mar 27 2020 07:33:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
14246420       +EDI: PRA.COM Mar 27 2020 07:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14277072       +E-mail/Text: bncmail@w-legal.com Mar 27 2020 03:42:00      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14246352       +EDI: RMSC.COM Mar 27 2020 07:33:00      Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
14246353       +EDI: RMSC.COM Mar 27 2020 07:33:00      Syncb/care Credit,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
14246354       +EDI: RMSC.COM Mar 27 2020 07:33:00      Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14246355       +EDI: RMSC.COM Mar 27 2020 07:33:00      Syncb/paypal Smart Con,    Po Box 965005,
                 Orlando, FL 32896-5005
14246356       +EDI: RMSC.COM Mar 27 2020 07:33:00      Syncb/sleep Number,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
14246790       +EDI: RMSC.COM Mar 27 2020 07:33:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 attn: Valerie Smith,    PO Box 41021,    Norfolk, VA 23541-1021
14246357       +EDI: CITICORP.COM Mar 27 2020 07:33:00      Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
14265241        EDI: WFFC.COM Mar 27 2020 07:33:00      Wells Fargo Bank, N.A., Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
14246358        EDI: WFFC.COM Mar 27 2020 07:33:00      Wf Crd Svc,    Cscl Dispute Team N8235-04m,
                 Des Moines, IA 50306
14246360       +E-mail/Text: bankruptcydept@wyn.com Mar 27 2020 03:42:01      WorldMark by Wyndham,
                 Attention: Bankruptcy Department,    P.O. Box 97474,    Las Vegas, NV 89193-7474
14246359       +E-mail/Text: bankruptcydept@wyn.com Mar 27 2020 03:42:01      Worldmark,
                 10750 W Charleston Blvd,    Las Vegas, NV 89135-1049
                                                                                              TOTAL: 26

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0313-2          User: Lisa              Page 2 of 2                Date Rcvd: Mar 26, 2020
                              Form ID: 309A           Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                          Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
        GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;Jblackford@gsbblaw.com
        JOSEPH L QUINN    on behalf of Debtor Annabelle Cruz Viray CourtNotices@rqplaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Annabelle Cruz Viray** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8094** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13**   **12/14/18** |
| Case number: | **18–18243–elf** | Date case converted to chapter **7**   **3/25/20** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Annabelle Cruz Viray | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 49 Pechins Mill Road <br> Collegeville, PA 19426 | |
| 4. | **Debtor's attorney** <br> Name and address | JOSEPH L QUINN <br> Ross, Quinn & Ploppert, P.C. <br> 192 S. Hanover Street, Suite 101 <br> Pottstown, PA 19464 | Contact phone (610) 323–5300 <br> Email:  CourtNotices@rqplaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | GARY F. SEITZ <br> Gellert Scali Busenkell & Brown LLC <br> 8 Penn Center <br> 1628 John F. Kennedy Blvd <br> Suite 1901 <br> Philadelphia, PA 19103 | Contact phone 215–238–0011 <br> Email:  gseitz@gsbblaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Annabelle Cruz Viray**                                                                              Case number **18–18243–elf**

| 6. **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.  Contact phone (215)408–2800  Date: 3/26/20 |
|---|---|---|
| 7. **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 23, 2020 at 11:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **900 Market Street, Suite 304A, Philadelphia, PA 19107** |
| 8. **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/22/20** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                        page **2**