# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Annabelle Cruz Viray,  :  Chapter 7
                Debtor   :  No. : 18-18243-elf
                                                    :

## **PRAECIPE TO CHANGE ADDRESS**

TO THE CLERK:

     Kindly update the Court's records to reflect a new address for debtor Annabelle Cruz Viray, effective immediately, to:

         799 Hertford Drive

         Hatfield, PA 19440


         ROSS, QUINN & PLOPPERT, P.C.

By:   /s/ Joseph Quinn
       Joseph Quinn, Esquire
       Attorney I.D. No. 307467
       192 S. Hanover Street, Suite 101
       Pottstown, PA 19464
       T: 610.323.5300
       F: 610.323.6081
       JQuinn@rqplaw.com

Date: April 2, 2020